**MASSENA LAW P.C.**
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
EMAIL: AVM@MASSENALAW.COM

• ADMITTED IN FEDERAL AND
  NEW YORK STATE COURTS

> Application Granted
>
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: 4-10-2023
>
> Travel is restricted to the Southern District of New York.

**VIA ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York

Re: <u>United States v. Marrero, 1:23-mj-01374</u>

Greetings Judge Figueredo,

    I represent Richard Marrero, in regard to the above-referenced matter. On March 15, 2023, your Honorable Court ordered the release of Mr. Marrero pending the satisfaction of certain conditions. (See 1:23-mj-01374, Dkt. 5).

    On February 24, 2023, the United States Probation Office submitted a violation of supervised release ("VOSR") petition and proposed arrest warrant relating to the conduct alleged in the Government's complaint in 1:23-mj-01374. Honorable Richard J. Sullivan issued an arrest warrant for the supervised release violation and the matter was scheduled for Presentment on the VOSR specification for April 6, 2023. (See 1:11-cr-00752-RJS Dkt. 71).

    On April 6, 2023, Mr. Marrero appeared before Honorable Richard J. Sullivan and was presented with the specification on the violation, and he entered a denial of the specification. (See 1:11-cr-00752-RJS, minute entry, 4/6/2023). Judge Sullivan ordered Mr. Marrero's release pending resolution of the violation and issued of release which mirrored those set by this Court, with one exception. Judge Sullivan ordered that Mr. Marrareo's travel be restricted solely to the Southern District of New York. (See 1:11-cr-00752-RJS, minute entry, 4/6/2023). The parties agree and consent to this modification and request that this Court also modify its order of release to restrict Mr. Marrero's travel to the Southern District of New York. Mr. Marrero has met all the release as required by this Court and we respectfully request that his transfer from MDC to Home Incarceration take place as soon as reasonably possible.

    Thank you for your consideration and continued courtesies to counsel.

Respectfully,

____/S/_____
Alain V. Massena, Esq.

Cc: All counsel (by ECF)